IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL FELLS**  **PLAINTIFF**
**#62711**

v.  Case No. 4:22-CV-01202-LPR

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**  **DEFENDANTS**

## ORDER

On November 28, 2022, Plaintiff Daniel Fells, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1]  On December 2, 2022, the Court ordered Mr. Fells to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2]  The December 2, 2022 Order was returned as undeliverable on December 12, 2022.[3]  On December 13, 2022, the Court entered a text order, directing Mr. Fells to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[4]  The Court warned Mr. Fells that failure to comply with either Order may result in the dismissal of his Complaint.[5]

Mr. Fells has not complied with, or otherwise responded to, the December 2, 2022 Order or the December 13, 2022 Order.  The time for doing so has expired.  Accordingly, Mr. Fells's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of

---

[1] Compl. (Doc. 1) at 1, 6.

[2] Order (Doc. 2). The December 2, 2022 Order was entered by United States Magistrate Judge Patricia S. Harris. *Id.*

[3] Returned Mail (Doc. 4).

[4] Order (Doc. 2); Order (Doc. 5).  The December 13, 2022 Order was also entered by Judge Harris.

[5] Order (Doc. 5).

the Federal Rules of Civil Procedure.⁶  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 2nd day of March 2023.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE

---

⁶ *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).